IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES CHE HENRIQUES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCASTER COUNTY PRISON, et al. | : | NO. 13-3572 |

O R D E R

AND NOW, this    3    day of October, 2013, IT IS ORDERED
that:

1.    Leave to proceed in forma pauperis is GRANTED;

2.    Plaintiff, Moses Che Henriques, #KW4266, shall pay
the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b).
Based on plaintiff's financial statement, an initial partial
filing fee of $9.70 is assessed.  The Superintendent or other
appropriate official at SCI Huntingdon or at any other
correctional facility at which plaintiff may be confined, is
directed to deduct $9.70 from plaintiff's prisoner account, when
such funds become available, and forward that amount to the Clerk
of the United States District Court for the Eastern District of
Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be
credited to Civil Action No. 13-3572.  After the initial partial
filing fee is collected and until the full filing fee is paid,
the Superintendent or other appropriate official at SCI
Huntingdon or at any prison at which plaintiff may be confined,
shall deduct from plaintiff's account, each time that plaintiff's
prisoner account exceeds $10, an amount no greater than 20
percent of the money credited to his account during the preceding
month and forward that amount to the Clerk of Court at the

address provided above to be credited to Civil Action No. 13-3572;

3.     This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint within thirty (30) days of the date of this Order.  Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court;

4.     The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Huntingdon; and

5.     This case shall remain CLOSED for statistical purposes.

BY THE COURT:

THOMAS N. O'NEILL, JR., J.